UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RACHEL RUSK, individually; and, ANDREW MOORE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, a foreign insurer,<br><br>Defendant. | No. 2:21-CV-0072 RSL<br><br>STIPULATION AND ORDER OF REMAND |

## STIPULATION

The parties, by and through their respective counsel of record hereby stipulate that this matter should be remanded to the Superior Court of Washington for King County, Case No. 20-2-18023-8 KNT, with each party to pay their respective attorney's fees and costs.

By entering into this stipulation, neither the plaintiffs nor the defendant waive their respective positions and rights with respect to whether this Court has diversity jurisdiction over this dispute.

//

STIPULATION AND ORDER OF REMAND
(Cause No. 2:21-CV-0072 RSL) – 1



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

1     It is so stipulated this 9 day of March, 2021.

                              WILSON SMITH COCHRAN DICKERSON

                              By: *s/*_____
                                    *s/*_____
                              John M. Silk, WSBA No. 15035
                              Christopher Pierce-Wright, WSBA No. 52815
                              901 Fifth Avenue, Suite 1700
                              Seattle, WA 98164
                              P: (206) 623-4100 / F: (206) 623-9273
                              silk@wscd.com
                              pierce-wright@wscd.com
                              Attorneys for Defendant

                              ~~ANDREWS SKINNER, P.S.~~

                              By:_____
                              Shane M. Moriarty, WSBA No. 46938
                              HARDWICK & PENDERGAST, P.S.
                              555 South Rendton Village Place, Suite 640
                              Renton, WA 98057
                              P: (425) 228-3860
                              shane@hardwickpendergast.com
                              Attorney for Plaintiffs

STIPULATION AND ORDER OF REMAND
(Cause No. 2:21-CV-0072 RSL) – 2



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

## **ORDER**

Based on the foregoing stipulation of the parties, it is therefore ordered that this action is hereby remanded to the Superior Court of Washington for King County, Case No. 20-2-18023-8 KNT, with each party to pay their respective attorney's fees and costs.

Dated this 10th day of March, 2021.



The Honorable Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF REMAND
(Cause No. 2:21-CV-0072 RSL) – 3

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273